# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

4417 RUDDER WAY LAND TRUST,
BY: INLAND ASSETS, LLC,
TRUSTEE,

    Plaintiff,

v.                                       Case No. 3:21-cv-40-TJC-JRK

DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee for
GSAMP Trust 2006-NC2, Mortgage
Pass-Through Certificates, Series 2006-
NC2,

    Defendant.

## **O R D E R**

Plaintiff has **failed to show cause** as to why it has not filed proof of service of Defendant with the Complaint by September 10, 2021, as the Court ordered (Doc. 46, Endorsed Order). Therefore, this claim is **dismissed without prejudice**. The Court retains jurisdiction of the case to rule on the Motion for Attorney's Fees (Doc. 33).

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of September, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

agb
Copies:

Counsel of record